IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Respondent-Appellee* | ) | |
| v. | ) | Docket No. 11-1380 |
| | ) | |
| DANIEL LEWIS LEE | ) | |
| *Movant-Appellant* | ) | **FEDERAL CAPITAL CASE** |
| | ) | |

CONSENT MOTION TO HOLD APPEAL IN ABEYANCE

NOW COMES Daniel Lewis Lee ("Mr. Lee" or "Appellant"), by his undersigned counsel, with the consent of the Government, and moves this Court to hold the appeal in abeyance, including setting a briefing schedule or taking any action on a certificate of appealability ("COA"), until the District Court rules on his pending motion for reconsideration of its blanket denial of a COA. It is further requested that once the District Court rules on the pending motion, a briefing schedule be set allowing Mr. Lee 60 days within which to file with this Court an express request for a certificate of appealability. As noted, the Government consents to this proposal.

In support of this motion, Mr. Lee states as follows:

1. Appellant is a federal prisoner who was sentenced to death following murder convictions in the Eastern District of Arkansas. This Court denied Mr.

1

Lee's direct appeal, and the Supreme Court denied his petition for a writ of *certiorari*. *United States v. Lee*, 374 F.3d 637 (8th Cir. 2004); *Lee v. United States*, 545 U.S. 1141 (2005). This Court previously reversed an order of the District Court vacating Appellant's sentence of death. *United States v. Lee*, 274 F.3d 485 (8th Cir. 2001); *see also*, *In re United States*, 197 F.3d 310 (8th Cir. 1999) (Writ of mandamus issued to quash subpoenas issued by the District Court).

2. Mr. Lee commenced proceedings challenging his convictions and death sentences pursuant to 28 U.S.C. § 2255 in 2006. *United States v. Lee*, Case No. 4:06-CV-1608-GTE; 4:97-CR-00243-GTE-2. On August 28, 2008, the District Court denied Mr. Lee's § 2255 Motion without conducting an evidentiary hearing. Docket Entry No. 1163. The decision did not discuss whether a COA would issue as to the claims presented in Appellant's § 2255 Motion. On December 22, 2010, the District Court denied Mr. Lee's Rule 59 Motion. Docket Entry No. 1189.

3. In its December 22nd order, the District Court also issued a blanket denial of a COA regarding all of the claims raised in Mr. Lee's § 2255 Motion. The District Court denied the grant of a COA without first directing the parties to submit arguments on whether a certificate should issue, as is permitted under Rule 11(a) of the Rules Governing Section 2255 Proceedings For The United States District Courts ("§ 2255 Rules"). The District Court, as noted, issued a blanket

Appellate Case: 11-1380    Page: 2    Date Filed: 02/26/2011 Entry ID: 3760053

denial with no issue-by-issue discussion of the numerous claims presented in the § 2255 proceedings.

4. On February 9, 2011, Mr. Lee filed a motion for reconsideration of the denial of a COA in the District Court, pursuant to Rule 11(a) of the § 2255 Rules. That motion is still pending before the District Court. 4:97-CR-00243-GTE-2, Docket Entry No. 1194. Appellant's timely notice of appeal was filed with the District Court on February 14, 2011, Docket Entry 1195, and subsequently docketed in this Court on February 17, 2011.

5. Under Rule 22(b) of the Federal Rules of Appellate Procedure, Mr. Lee may also file an "express request" for a Circuit Judge or Judges to issue a COA if the District Judge does not issue one. *See* FRAP 22(b)(1) & (2). However, rather than require Mr. Lee to brief and submit an application for a COA to this Court at this time, it is in the interest of judicial economy to hold further proceedings in this Court in abeyance until the District Court rules on the pending reconsideration motion filed pursuant to Rule 11(a) of the § 2255 Rules.

6. It is apparent that any action by the District Court on the pending Rule 11(a) motion will necessarily have an impact on any "express request" to this Court that Mr. Lee is entitled to make under FRAP Rule 22(b). That is, depending on whether the District Court grants a COA on all, some, or none of Mr. Lee's §

Appellate Case: 11-1380    Page: 3    Date Filed: 02/26/2011 Entry ID: 3760053

2255 claims, the District Court's resolution of the Rule 11(a) motion will inevitably affect the nature of the express request to this Court to issue a COA. It is conceivable that the District Court will reconsider and grant a COA on all claims, thus obviating altogether any further motion practice on that issue in this Court. Rather than needlessly duplicate efforts, it is respectfully submitted that it is in the interests of judicial economy to hold the appeal in abeyance, including setting a briefing schedule or taking any action on a COA, until the District Court rules on Mr. Lee's pending motion for reconsideration of the denial of a COA, and that Mr. Lee be permitted 60 days from the date on which the District Court rules to file an express request for a COA with this Court.

7.     The undersigned have consulted with opposing counsel, Assistant United States Attorney Daniel Stripling, who has consented to the relief sought in this motion.

8.     The interests of justice would best be served by holding the appeal in abeyance until the District Court rules on the pending Rule 11(a) motion for reconsideration of the denial of a COA.

4

WHEREFORE, Daniel Lewis Lee respectfully requests that the appeal be held in abeyance, including setting a briefing schedule or taking any action on a certificate of appealability, until the District Court rules on his pending motion for reconsideration of the denial of a COA, and that Mr. Lee be permitted 60 days from the date of that ruling to file an express request for a COA with this Court.

Respectfully submitted,

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com

-and-

/s/ Laurence E. Komp
Laurence E. Komp
Attorney at Law
P.O. Box 1785
Manchester, MO 63011
(636) 207–7330
(636) 207–7351 (fax)
lekomp@swbell.net

COUNSEL FOR MOVANT

Filed via ECF: St. Louis, Missouri
February 25, 2011

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2011, I electronically filed the foregoing Consent Motion to Hold Appeal in Abeyance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com

6