# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1380

United States of America

Appellee

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known as D L Graham

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cv-01608-GTE)

_____

## ORDER

Appellant's motion to hold this case in abeyance pending a ruling by the district court on a motion for reconsideration is granted. Appellant is directed to provide this court with a status report not later than sixty days from the date of this order or when the district court rules, whichever first occurs. Appellant will be permitted time to file an application for a certificate of appealability in this court if necessary.

March 01, 2011

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans