# IMMEDIATELY

**APPEARANCE**
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**NO.** ____11-1380____

United States
_____

**vs.**

Daniel Lee
_____

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Daniel Lee, Appellant _____

_____

**s/** Laurence E. Komp
_____
**ATTORNEY NAME**

Attorney at Law                                            636-207-7330
_____          _____
**FIRM NAME**                                 **OFFICE  PHONE NUMBER**

P.O. BOX 1785                                             636-207-7351
_____          _____
**STREET or P.O. BOX**                          **FACSIMILE NUMBER**

Manchester, MO 63011                                     lekomp@swbell.net
_____          _____
**CITY, STATE, ZIP**                            **E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

✔   I hereby certify that on __March 14, 2011__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☐   I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

_____

_____.

s/ Laurence E. Komp
_____