# RUHNKE & BARRETT

ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

2 WALL STREET, THIRD FLOOR
NEW YORK, N.Y. 10005
212-608-7949
212-571-3792 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)  ◊  JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO **MONTCLAIR** OFFICE

April 14, 2011

Via fax – 314-244-2780 – and regular mail

Michael Gans, Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

Re:    *United States v. Daniel Lewis* Lee,
       Docket No. 11-1380

Dear Mr. Gans:

It was a pleasure speaking with you yesterday afternoon. As per our phone conversation, I am writing to give notice of Attorney Julie Brain's pending appearance as counsel in the matter of *United States v. Daniel Lewis Lee*, Docket No. 11-1380. I am also requesting that you enter a Clerk's Order "appointing" her as counsel, a requirement of the Administrative Office of the Courts in these circumstances. Ms. Brain will not, however, be seeking CJA compensation from the Court.

As you doubtless know, Ms. Brain has extensive appellate capital habeas experience before this Court. Before becoming the Chief of the Capital Habeas Unit of the Federal Defender of Delaware, she served for five years as the Chief of the Capital Habeas Unit of the Federal Defender for the Eastern and Western Districts of Arkansas. During the course of that employment, she briefed and orally argued six capital cases before this Court, and conducted extensive litigation before this Court on cases under active execution warrant. Ms. Brain is well-versed in this Court's appellate practice in capital habeas cases.

In accordance with the protocols applicable to such appointments, the Chief Judge of this Court, Hon. William Jay Riley, as well as the Chief Judge of the Third Circuit Court of Appeals, Theodore A. McKee, have each been notified by the Administrative Office of the United States Courts that Ms. Brain, through the Defender Office of Delaware, is seeking appointment in this Court on Mr. Lee's capital habeas case. All of the substantive work of Ms. Brain on this case will be performed within the Defender Office's normal budget, so that her involvement in this case will come at no cost to the Court.

RECEIVED

Thank you for your time and assistance.  If you should have any additional questions about this matter, please do not hesitate to contact me at 973-744-1000 or via e-mail.

Very truly yours,

David A. Ruhnke

Via e-mail:

Julie Brain, Esquire
Laurence E. Komp, Esquire
C. Daniel Stripling, A.U.S.A