# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 21, 2011

Ms. Julie Brain
FEDERAL PUBLIC DEFENDER'S OFFICE
1401 W. Capitol
Suite 490
Little Rock, AR 72201-3325

Mr. David A. Ruhnke
RUHNKE & BARRETT
47 Park Street
Montclair, NJ 07042

     RE: 11-1380 United States v. Daniel Lee

Dear Counsel:

     Forwarded herewith is an order entered by the court which provides for Ms. Brain's appointment as second counsel under the provisions of the Criminal Justice Act.

     Counsel must supply the clerk with an Appearance Form. You may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     No briefing schedule has been set at this time. On March 1, 2011, Counsel was instructed to provide this court with a status report on May 1, 2011 or when the district court rules on their pending motion, whichever comes first..

     If you have any questions regarding this appeal, please contact our office.

          Michael E. Gans
          Clerk of Court

JMH
Enclosure

cc:    Mr. Laurence E. Komp
      Mr. Daniel Lewis Lee
      Mr. Jim McCormack
      Mr. Clarence Daniel Stripling

     District Court Case Number: 4:06-cv-01608-GTE