# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1380

United States of America

Appellee

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known as D L Graham

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cv-01608-GTE)
_____

## ORDER

Appellant's motion for the appointment of additional counsel in this death penalty matter is granted, and Ms. Julie Brain, Chief of the Capital Habeas Unit of the Federal Defender of Delaware is appointed under the provisions of the Criminal Justice Act to serve as co-counsel.

April 21, 2011

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans