# Ruhnke & Barrett
## Attorneys at Law

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

2 WALL STREET, THIRD FLOOR
NEW YORK, N.Y. 10005
212-608-7949
212-571-3792 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com) ◊ JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

May 2, 2011

Via fax – 314-244-2780 – and regular mail
Michael Gans, Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

> Re:     *United States v. Daniel Lewis* Lee,
>         Docket No. 11-1380

Dear Mr. Gans:

I am writing, respectfully, to request an additional 60 days in which to file our motion for a certificate of appealability. As matters presently stand the motion is due on May 9. We seek an extension to and including July 11, 2011. Please note that I have discussed this request with A.U.S.A. C. Daniel Stripling, who represents the United States in ths matter. Mr. Stripling consents to the application. We do not anticipate seeking additional extensions.

For the past several years, Laurence Komp and I have been responsible for Mr. Lee's representation. Just recently, Julie Brain of the Capital Habeas Unit within the Federal Defender's Office for Delaware, has joined Mr. Lee's team. In essence, both Mr. Komp and I have been unusually "stretched" for the past two months. While we have had several conference calls and have made considerable progress on identifying and organizing issues on which we will seek a COA, considerable work remains to be done.

Attorney Komp currently had or has the following case related deadlines falling since the Court set the due date of the COA:

> March 10, 2011 – Prepared and filed a reply brief in the death penalty case of *Hodge v. Commonwealth*, No. 2009-SC-791 (Ky.);

> April 1, 2011 – Prepared and filed a Rule 59 motion n the death penalty habeas case of *Overstreet v. Wilson*, Case No. 3:08-CV-226 PS (N.D. Ind.).

April 4, 2011 – Prepared and filed objections to a supplemental report and recommendation in the death penalty habeas case of *Hasan v. Ishee.*, Case No. 1:03-cv-288 (S.D. Ohio).

April 13, 2011 – 6th Cir. Loc. Rule 34(d) Notice of Additional Authority in the death penalty habeas of *Moore v. Mitchell*, Case No.08-3167/33230 (6th Cir.);

April 20, 2011 – Oral argument in the death penalty habeas of *Moore v. Mitchell*, Case No.08-3167/33230 (6th Cir.);

April 22, 2011 – Reply in support of Rule 59 motion in the death penalty habeas case of *Overstreet v. Wilson*, Case No. 3:08-CV-226 PS (N.D. Ind.).

May 5, 2011 – Briefing regarding the application on *Cullen v. Pinholster* in the death penalty habeas case of *Hasan v. Ishee.*, Case No. 1:03-cv-288 (S.D. Ohio).

Attorney Ruhnke is primarily a trial attorney and specializes in federal capital cases at the district court level. Since the Court set its deadline, Mr. Ruhnke has engaged in extensive travel, including two multi-day trips to San Juan, Puerto Rico in connection with two potential capital cases from the District of Puerto Rico. Mr. Ruhnke has also made several trips to and from Vermont in connection with an authorized capital case that is scheduled to go to trial in that district on September 6, 2011. Mr. Ruhnke has also been back and forth to Phoenix, Arizona in connection with another 2255 proceeding challenging a sentence of death imposed in the Western District of Missouri. Mr. Ruhnke is also actively working on an authorized federal capital case from the Eastern District of New York where the defendant has been found incompetent and legal efforts are underway to medicate him against his will. Finally, Mr. Ruhnke is a part of the Federal Death Penalty Resource Counsel Project and has been involved in advising the trial team in an ongoing federal capital prosecution in New Haven, CT, and has made several daylong trips to Connecticut in connection with that case..

This is not meant to be an exhaustive list of both counsels' current client and case related responsibilities. It is also emphasized that counsel are working on Mr. Lee's case and fully expect to meet the deadline requested herein without seeking additional time. The addition of Ms. Brain to the team will facilitate that process tremendously.

Thank you for your time and assistance. If you should have any questions about this application, please do not hesitate to contact me at 973-744-1000 or via e-mail.

Very truly yours,

David A. Ruhnke

Copied via e-mail:

Julie Brain, Esquire
Laurence E. Komp, Esquire
C. Daniel Stripling, A.U.S.A