### APPEARANCE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

## NO. _____11-1380_____

United States of America
_____

**vs.**

Daniel Lewis Lee
_____

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)**__United States of America_____

_____

**s/** John M. Pellettieri
_____
**ATTORNEY NAME**

U.S. Department of Justice, Criminal Division
_____
**FIRM NAME**

950 Pennsylvania Ave., N.W., Rm. 1264
_____
**STREET or P.O. BOX**

Washington, D.C. 20530
_____
**CITY, STATE, ZIP**

(202) 307-3766
_____
**OFFICE PHONE NUMBER**

(202) 305-2121
_____
**FACSIMILE NUMBER**

john.pellettieri@usdoj.gov
_____
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

☑ I hereby certify that on __May 26, 2011_____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

_____

_____.

**s/** John M. Pellettieri
_____