# RUHNKE & BARRETT
## ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

2 WALL STREET, THIRD FLOOR
NEW YORK, N.Y. 10005
212-608-7949
212-571-3792 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com) ◇ JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

June 3, 2011

Via fax –  314-244-2780 – and ECF
Michael Gans, Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

          Re:    *United States v. Daniel Lewis* Lee,
                Docket No. 11-1380

Dear Mr. Gans:

I am writing, respectfully, to request an additional 12 days in which to file our motion for a supplemental certificate of appealability ("COA") in this case.  The motion is presently due on June 8. We seek an extension to and including June 20, 2011.  C. Daniel Stripling, who represents the United States in ths matter, had consented previously to an extension into July.  The requested extension specifically builds in a weekend to allow us an open block of time in which to complete and file the motion by the beginning of the work week.

On behalf of the three attorneys working on this matter, I can represent that substantial progress has been made in identifying and organizing the issues on which we will seek a COA.  A substantial draft of the motion has been circulated among all counsel.  We have had several lengthy conference calls.  We are also endeavoring to keep our client informed as to the content and progress of the motion.  We have had several phone calls with Mr. Lee in that regard.   The additional time requested, however, is essential to our preparation of a comprehensive and, we hope, persuasive motion.

Thank you for your time and assistance.  If you should have any questions about this application, please do not hesitate to contact me at 973-744-1000 or via e-mail.

          Very truly yours,
          */s/ David A. Ruhnke*
          David A. Ruhnke

Copied via e-mail and ECF:

      Julie Brain, Esquire
      Laurence E. Komp, Esquire
      C. Daniel Stripling, A.U.S.A