# UNITED STATES COURT OF APPEALS

# FOR THE EIGHTH CIRCUIT

UNITED STATES OF AMERICA, )
)
      Plaintiff/Appellee, )
)   Case No. 11-1380
  v. )
)
DANIEL LEWIS LEE, )
)
      Defendant/Appellant. )

## GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE ITS RESPONSE TO DEFENDANT'S MOTION TO EXPAND THE CERTIFICATE OF APPEALABILITY

Pursuant to Fed. R. App. P. 26(b), the United States, appellee in the above-captioned case, respectfully requests a 30-day extension of time, until August 22, 2011, to file its response to defendant's motion to expand the certificate of appealability. In support of this motion, the undersigned states as follows:

1. The government's response is currently due for filing on July 21, 2011. The government has not previously sought an extension of time to file its response.

2. I did not represent the United States before the district court in this matter, or in prior appellate proceedings, and had no prior familiarity with this case before being assigned to prepare the government's brief in this appeal.

3.	After a jury trial in the United States District Court for the Eastern District of Arkansas, defendant was convicted of committing three murders in aid or racketeering, in violation of 18 U.S.C. § 1959(a)(1), and of violating and conspiring to violate the Racketeer Influenced and Corrupt Organizations (RICO) statute, 18 U.S.C. §§ 1962(c) & (d).  The jury returned a verdict of death, and a death sentence was imposed.  This Court affirmed. <u>See</u> <u>United States v. Lee</u>, 374 F.3d 637 (8th Cir. 2004). The Supreme Court denied certiorari on June 27, 2005. <u>See</u> <u>Lee v. United States</u>, 545 U.S. 1141 (2005).

4.	On June 26, 2006, defendant filed a motion seeking collateral relief under 28 U.S.C. § 2255. On August 28, 2008, the district court denied defendant's motion in a 119-page opinion. On December 12, 2010, the district court denied defendant's motion under Federal Rule of Civil Procedure 59 to amend or correct the judgment and denied defendant a certificate of appealability as to all of the claims for relief in the Section 2255 motion. On February 9, 2011, defendant filed a motion seeking reconsideration of the district court's denial of a certificate of appealability. On March 9, 2011, the district court granted the motion in part and granted a certificate of appealability as to one issue raised in defendant's Section 2255 motion.

6.	On March 10, 2011, this Court entered an order giving defendant 60 days to file a motion to expand the certificate of appealability. On June 20, 2011, after the Court granted defendant two extensions, defendant filed a

-2-

134-page motion to expand the certificate of appealability. The motion seeks a certificate of appealability as to 17 additional claims.

7.  On June 21, 2011, this Court entered an order directing the government to file a response to defendant's motion to expand the certificate of appealability by July 21, 2011.

5.  In addition to preparing the government's response in this case, I am handling the appeal in <u>United States v. Rodney Joseph, Jr. & Ethan Motta</u>, Nos. Nos. 09-10289, 09-10441, 09-10499 & 10-10114 (9th Cir.), a consolidated appeal in which defendants – sentenced to life imprisonment after being convicted of murder in aid of racketeering – raised 15 issues on direct appeal. The government's answering brief was filed on July 8, 2011. I am also assigned to draft the government's responses to the petitions for certiorari in <u>Sims v. United States</u>, No. 10-10295 (Sup. Ct.) and <u>Curtis v. United States</u>, No. 10-10931 (Sup. Ct.). Those responses are currently due to be filed on August 1, 2011 and August 10, 2011, respectively.

7.  I have contacted defendant's counsel, and he does not oppose this extension request.

Wherefore, the United States respectfully requests that the Court grant this motion for an extension to August 22, 2011, to file the government's response to defendant's motion to expand the certificate of appealability.

-3-

Respectfully submitted,

 /s/John M. Pellettieri
JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

Date: July 13, 2011

Appellate Case: 11-1380    Page: 4    Date Filed: 07/13/2011 Entry ID: 3807454

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system on July 13, 2011.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/John M. Pellettieri
JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov