# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1380

United States of America

Appellee

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known as D L Graham

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cv-01608-GTE)
_____

## ORDER

MOTION for extension of time to file response to Application to expand certificate of

appealability is granted.  Response is now due on August 22, 2011.

July 14, 2011

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans