11-1380  United States v. Daniel Lee

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 12/01/2011

**Case Name:**    United States v. Daniel Lee
**Case Number:**  11-1380

**Docket Text:**
LETTER from Appellant Mr. Daniel Lewis Lee regarding permission to file reply to Government's opposition to COA. w/service 12/01/2011 -- DOCUMENT HAS BEEN SEALED - COUNSEL WILL REFILE DOCUMENT AS A MOTION - notified by phone [3855169] [11-1380]

**The following document(s) are associated with this transaction:**
Document Description:  Letter motion
Document Description:  html notice of docket activity (generated 12/01/2011 15:29:28)
Document Description:  plain text notice of docket activity (generated 12/01/2011 15:29:28)

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
4700 Bureau Road, S.
Terre Haute, IN  47802

**Notice will be electronically mailed to:**

Ms. Julie Brain: julie_brain@fd.org, juliebrain1@yahoo.com
Mr. Laurence E. Komp: lekomp@swbell.net
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov
Mr. David A. Ruhnke: davidruhnke@ruhnkeandbarrett.com, dr@ruhnkeandbarrett.com