RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

2 WALL STREET, THIRD FLOOR
NEW YORK, N.Y.  10005
212-608-7949
212-571-3792 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)    ◊    JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

December 1, 2011

Via ECF
Michael Gans, Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

Re:    *United States v. Daniel Lewis* Lee,
Docket No. 11-1380

Dear Mr. Gans:

This letter-motion is respectfully submitted to request permission for Appellant to file a reply to the Government's opposition to Appellants's motion for a Certificate of Appealability ("COA"). The application is unopposed as is the proposed deadline of December 30, 2011.

As the Court knows, this is a federal capital case where Appellant was sentenced to death in the Eastern District of Arkansas.  Appellant initially filed his COA motion on June 21, 2011.  The United States, after several unopposed extensions, filed its opposition on November 24, 2011.  The reply of the United States is just under 100 pages long.  Mr. Lee's attorneys are now in the process of reviewing the Government's answer and are drafting a reply.  Realistically, the very earliest that reply could be completed and filed is December 30, 2011.  As noted, the Government does not oppose this schedule.  The time requested takes into consideration the complexity of this case, its importance, and the personal and professional commitments of all three counsel to Mr. Lee.

Thank you for your time and assistance.  If the Court has any questions about this application, or requires further information, please do not hesitate to contact me at 973-744-1000 or via e-mail.

Very truly yours,
*/s/ David A. Ruhnke*
David A. Ruhnke, Counsel to Appellant

Copied via ECF:

        Julie Brain, Esquire
        Laurence E. Komp, Esquire
        John Michael Pellettieri, Appellate Section, US. Department of Justice