# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

2 WALL STREET, THIRD FLOOR
NEW YORK, N.Y. 10005
212-608-7949
212-571-3792 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

December 29, 2011

Via ECF
Michael Gans, Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

> Re:   *United States v. Daniel Lewis* Lee,
>        Docket No. 11-1380

## CONSENT MOTION TO EXTEND TIME FOR APPELLANT'S
## REPLY TO GOVERNMENT'S OPPOSITION TO EXPANDED COA

Dear Mr. Gans:

This letter-motion is respectfully submitted to seek an additional 45 days in which to reply to the Government's opposition to Appellant's motion for an expanded COA. As extended, Appellant's reply would be due on or before February 13, 2012.

As the Court knows, this is a federal capital case where Appellant was sentenced to death in the Eastern District of Arkansas. Appellant initially filed his COA motion on June 21, 2011. The United States, after several unopposed extensions, filed its opposition on November 24, 2011. The reply of the United States is just under 100 pages long. Mr. Lee's attorneys have now reviewed the Government's answer and substantial progress has been made in drafting a reply. Initially, Appellant's counsel believed that the very earliest that reply could be completed and filed was December 30, 2011. That has proven to be unworkable given the personal and professional commitments of the attorneys involved and the importance and complexity of the issues involved. Counsel believe that no further extensions will be needed. As noted, the Government does not oppose this schedule.

Thank you for your time and assistance. If the Court has any questions about this

application, or requires further information, please do not hesitate to contact me at 973-744-1000 or via e-mail.

Very truly yours,
*/s/ David A. Ruhnke*
David A. Ruhnke, Counsel to Appellant


Copied via ECF:

Julie Brain, Esquire
Laurence E. Komp, Esquire
John Michael Pellettieri, Appellate Section, U.S. Department of Justice