# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 17, 2012


Ms. Julie Brain
FEDERAL PUBLIC DEFENDER'S OFFICE
800 King Street
Suite 200
Wilmington, DE  19801

Mr. Laurence E. Komp
P.O. Box 1785
Manchester, MO  63011

Mr. David A. Ruhnke
RUHNKE & BARRETT
47 Park Street
Montclair, NJ  07042

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
4700 Bureau Road, S.
Terre Haute, IN  47802


     RE:  11-1380  United States v. Daniel Lee


Dear Counsel:

     Enclosed is a copy of an order entered today in the above case at the direction of the court.

A copy of the prepared briefing schedule will be forwarded under a separate docket activity report.

                                        Michael E. Gans
                                        Clerk of Court

JMH

Enclosures

cc:     Mr. Jim McCormack
        Mr. John Michael Pellettieri

        District Court Case Number:   4:06-cv-01608-GTE