# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1380

United States of America

Appellee

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known as D L Graham

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cv-01608-GTE)

_____

## ORDER

Under the provisions of the Prison Litigation Reform Act, this appeal may not proceed unless the appellant pays the full filing fees.

Accordingly, the appellant is directed to pay the $455.00 filing fees to the Clerk of the **United States District Court** within fifteen days of the date of this order.

If the appellant fails to act by that date, the appeal will be dismissed for failure to prosecute.

February 21, 2012

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans