# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1380

United States of America

Appellee

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known as D L Graham

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cv-01608-GTE)

_____

## ORDER

Appellant, Daniel Lewis Lee's motion to expand the certificate of appealability is granted

as to Lee's claim that he received ineffective assistance of counsel because his trial

counsel exercised peremptory challenges based on race and denying the motion as to all

other claims

February 17, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans

Appellate Case: 11-1380      Page: 1      Date Filed: 03/02/2012 Entry ID: 3886196