**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

March 05, 2012

Ms. Julie Brain
FEDERAL PUBLIC DEFENDER'S OFFICE
800 King Street
Suite 200
Wilmington, DE  19801

Mr. Laurence E. Komp
P.O. Box 1785
Manchester, MO  63011

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
4700 Bureau Road, S.
Terre Haute, IN  47802

Mr. David A. Ruhnke
RUHNKE & BARRETT
47 Park Street
Montclair, NJ  07042-0000

     RE:  11-1380  United States v. Daniel Lee

Dear Counsel:

     Your petition for rehearing has been filed and will be referred to the court. Until the court has rendered a decision on the petition, the briefing schedule will be suspended. You will be advised when a revised briefing schedule is established.

                    Michael E. Gans
                    Clerk of Court

DMW

cc:    Mr. John Michael Pellettieri

     District Court/Agency Case Number(s):  4:06-cv-01608-GTE