# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 11-1380

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Appeal from the United States |
| | ) | District Court for the |
| Appellee, | ) | Eastern District of Arkansas |
| | ) | No. 4:06-cv-1608 GTE |
| vs. | ) | (Crim. Case No. 4:97-CR-243-(2)) |
| | ) | |
| **DANIEL LEWIS LEE**, | ) | Honorable G. Thomas Eisele, Judge |
| | ) | |
| Appellant, | ) | |

## UNOPPOSED APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S MERIT BRIEF

COMES NOW Petitioner-Appellant, Daniel Lewis Lee, by and through counsel, and moves this Court, for a sixty (60) day extension of time, up to and including June 29, 2012, in which to file his brief. In support of this motion, Appellant states the following:

1. Appellant's Brief is currently due April 30, 2012;

2. This is Appellant's first request for extension on the Merit Brief and the Government has no opposition to a sixty (60) day extension;

3. While Counsel have commenced work on the merit brief, counsel have been unable to devote the necessary time to completely prepare the brief because of contemporaneous obligations in other cases including but not limited to:

1

a. Attorney Ruhnke is currently at Guantanamo Bay Detention Camp for case related matters;

b. Attorney Brain has been extensively involved in extensive federal court litigation under warrant related to Mr. Shannon Johnson in Delaware federal court and the Third Circuit Court of Appeals;

c. Attorney Komp has been involved in preparing a cert reply and a successor application for a capital case in Mississippi, with an execution date soon to issue.

4. This is Appellant's first request for extension of time related to the filing of the merit brief and is not for purposes of delay;

5. Appellant contacted the Government and it has no objection to a sixty (60) day extension.

WHEREFORE, Appellant respectfully requests that this Court grant him a sixty (60) day extension of time, up to and including June 29, 2012, in which to file his brief..

Respectfully submitted,

/s/ Laurence E. Komp
LAURENCE E. KOMP
P.O. Box 1785
Manchester, MO 63011
(636) 207–7330; (636) 207–7351 (fax)
lekomp@swbell.net

DAVID A. RUHNKE
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000; (973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com

-and-

JULIE BRAIN
Delaware Federal Defender Office
Capital Habeas Unit
800 King Street, Suite 200
Wilmington, DE 19801
(302) 442-6545
Julie_brain@fd.org

COUNSEL FOR APPELLANT LEE

## CERTIFICATE OF SERVICE

Appellant's counsel have filed this UNOPPOSED APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S MERIT BRIEF on today's date via ECF, thereby serving the United States and all parties.

/s/ Laurence E. Komp
LAURENCE E. KOMP
COUNSEL FOR APPELLANT

Electronically filed:     St. Louis, Missouri
April 25, 2012