# Ruhnke & Barrett
## ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

2 WALL STREET, THIRD FLOOR
NEW YORK, N.Y. 10005
212-608-7949
212-571-3792 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com) ◊ JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

June 25, 2012

Via fax ECF
Michael Gans, Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

> Re: *United States v. Daniel Lewis* Lee,
> Docket No. 11-1380

Dear Mr. Gans:

I am writing, respectfully, to request an additional 60 days in which to file our opening brief on behalf of Appellant Lee. The brief is presently due this coming Friday, on June 29. We seek an extension to and including June August 28, 2011. This is our second request for an extension of time with regard to our opening brief. The Government, represented in this matter by John Pellettieri from the Department of Justice does not oppose the request.

On behalf of the three attorneys working on this matter, I can represent that substantial progress has been made in researching, identifying, and organizing the issues which will be raised before the Court. We have had several lengthy conference calls. We are also endeavoring to keep our client informed as to the content and progress of the briefing and have had several phone calls with Mr. Lee in that regard. The additional time requested, however, is essential to our preparation of a comprehensive and, we hope, persuasive brief.

Mr. Komp was recently involved in extensive litigation regarding an active execution warrant in the State of Mississippi. The execution in that case, *State v. Brawner*, unfortunately went forward on June 12, 2012. Prior to that, there were numerous filings in state and federal courts as well as the Supreme Court of the United States. Mr. Komp was required to travel to Mississippi on multiple occasions over the past several months. This is far from a complete list of Mr. Komp's current responsibilities.

Ms. Brain, who heads the Capital Habeas Unit within the Office of the Federal Defender for the District of Delaware, has herself been engaged in extensive capital litigation including the case of Shannon Johnson, a "volunteer" who waived all federal review of his

case. Mr. Johnson was executed by the State of Delaware on April 20, 2012. Ms. Brain has been further hampered by the fact that the only other attorney in her office underwent serious surgery (hip replacement) in late May and is just now returning to work. Ms. Brain is also responsible for other 2254 and 2255 capital cases.

Undersigned counsel, David A. Ruhnke has been periodically involved with the Office of Military Commissions at Guantanamo Bay over the past several months, including a trip to Guantanamo Bay from April 22-28. Mr. Ruhnke has also made several trips to and from San Juan, Puerto Rico in connection with two potential federal capital cases, one of which is expected to be authorized on or before July 9, 2012. He also recently concluded negotiations for the settlement of a non-capital terrorism prosecution in the Southern District of New York. Mr. Ruhnke recently prepared for and argued a federal capital case in the Second Circuit. This was on the Government's appeal of certain pre-trial rulings in an authorized federal case from the District of Vermont. As do the other attorneys, Mr. Ruhnke has ongoing responsibilities in other serious criminal cases, many of which are capital in nature.

Please be assured that, despite other responsibilities, we are making steady progress on the research and drafting of Appellant's brief. The Court's attention to this matter is appreciated.

Respectfully submitted,
/s/ David A. Ruhnke
David A. Ruhnke
Co-counsel to Appellant

Copied via ECF:

       Julie Brain, Esquire
       Laurence E. Komp, Esquire
       John Pelletteri, Department of Justice