# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 11-1380

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Appeal from the United States |
| | ) | District Court for the |
| Appellee, | ) | Eastern District of Arkansas |
| | ) | No. 4:06-cv-1608 GTE |
| vs. | ) | (Crim. Case No. 4:97-CR-243-(2)) |
| | ) | |
| **DANIEL LEWIS LEE**, | ) | Honorable G. Thomas Eisele, Judge |
| | ) | |
| Appellant, | ) | |

## UNOPPOSED APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S MERIT BRIEF

COMES NOW Petitioner-Appellant, Daniel Lewis Lee, by and through counsel, and moves this Court, for a thirty (30) day extension of time, up to and including August 29, 2012, in which to file his brief. In support of this motion, Appellant states the following:

1. Appellant's Brief is currently due July 30, 2012;

2. This is Appellant's third request for extension on the Merit Brief;

3. When previously asked, the Government had no opposition to a time period which would have extended the due date of Appellant's merit brief August 29, 2012;

4. While Counsel have commenced work on the merit brief and have a working draft of the Brief, counsel have been unable to devote the

1

necessary time to completely prepare the brief because of contemporaneous obligations in other cases including but not limited to:

a. Attorney Ruhnke was in Puerto Rico on a case where the Government authorized seeking the death penalty, as well as a previous commitment to teaching at continuing legal education. Attorney Ruhnke also filed an *en banc* request with the Second Circuit in a death case;

b. Attorney Brain has been extensively involved in two (2) ongoing capital investigations;

c. Attorney Komp filed a Reply Brief, on July 16, 2012, and Supplemental Briefing, on July 19, 2012, in two capital appeals and a cross-appeal in the Sixth Circuit Court of Appeals.

5. Appellant's request for extension of time related to the filing of the merit brief and is not for purposes of delay;

6. Appellant previously contacted the Government and it had no objection to an extension which would have extended the due date of Appellant's merit brief to August 29, 2012.

WHEREFORE, Appellant respectfully requests that this Court grant him a thirty (30) day extension of time, up to and including August 29, 2012, in which to file his brief.

Respectfully submitted,

/s/ Laurence E. Komp
LAURENCE E. KOMP
P.O. Box 1785
Manchester, MO 63011
(636) 207–7330; (636) 207–7351 (fax)
lekomp@swbell.net

DAVID A. RUHNKE
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000; (973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com

-and-

JULIE BRAIN
Delaware Federal Defender Office
Capital Habeas Unit
800 King Street, Suite 200
Wilmington, DE 19801
(302) 442-6545
Julie_brain@fd.org

COUNSEL FOR APPELLANT LEE

**CERTIFICATE OF SERVICE**

Appellant's counsel have filed this UNOPPOSED APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S MERIT BRIEF on today's date via ECF, thereby serving the United States and all parties.

/s/ Laurence E. Komp
LAURENCE E. KOMP
COUNSEL FOR APPELLANT

Electronically       St. Louis, Missouri
filed:               July 26, 2012