**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 11-1380

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Appeal from the United States |
| | ) | District Court for the |
| Appellee, | ) | Eastern District of Arkansas |
| | ) | No. 4:06-cv-1608 GTE |
| vs. | ) | (Crim. Case No. 4:97-CR-243-(2)) |
| | ) | |
| **DANIEL LEWIS LEE**, | ) | Honorable G. Thomas Eisele, Judge |
| | ) | |
| Appellant, | ) | |

**UNOPPOSED APPELLANT'S MOTION FOR EXTENSION**
**OF TIME TO FILE APPELLANT'S MERIT BRIEF**

COMES NOW Petitioner-Appellant, Daniel Lewis Lee, by and through counsel, and moves this Court, for a thirty (30) day extension of time, up to and including September 28, 2012, in which to file his brief and appendix. In support of this motion, Appellant states the following:

1. Appellant's Brief is currently due August 29, 2012;

2. This is Appellant's fourth request for extension on the Merit Brief;

3. The Government has no opposition to an additional extension of thirty (30) days up to and including September 28, 2012;

4. While Counsel have a working draft of Appellant's Brief, counsel have been unable to devote the necessary time to completely prepare

1

the brief because of contemporaneous obligations including but not limited to:

a. Attorney Ruhnke continues to work in a Puerto Rico a case where the Government authorized seeking the death penalty for twenty-one murders. All pre-trial motions are due this coming Monday, on August 27, 2012;

b. Attorney Brain has been extensively involved in two (2) ongoing capital investigations and the preparation of the filing of an impending 2255 petition;

c. Attorney Komp filed a Response in Opposition to a Rule 59, filed on August 2, 2012, in a capital 2254, and a Motion for rehearing En Banc in a capital appeal, on August 15, 2012, in the Seventh Circuit Court of Appeals.

5. Appellant's request for extension of time related to the filing of the merit brief and is not for purposes of delay;

6. Appellant contacted the Government and it has no objection to a thirty (30) day extension of the due date of Appellant's merit brief up to and including September 28, 2012.

WHEREFORE, Appellant respectfully requests that this Court grant him a thirty (30) day extension of time, up to and including September 28, 2012, in which to file his brief.

Respectfully submitted,

/s/ Laurence E. Komp
LAURENCE E. KOMP
P.O. Box 1785
Manchester, MO 63011
(636) 207–7330; (636) 207–7351 (fax)
lekomp@swbell.net

DAVID A. RUHNKE
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000; (973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com

-and-

JULIE BRAIN
Delaware Federal Defender Office
Capital Habeas Unit
800 King Street, Suite 200
Wilmington, DE 19801
(302) 442-6545
Julie_brain@fd.org

COUNSEL FOR APPELLANT LEE

**CERTIFICATE OF SERVICE**

Appellant's counsel have filed this UNOPPOSED APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S MERIT BRIEF on today's date via ECF, thereby serving the United States and all parties.

/s/ Laurence E. Komp
LAURENCE E. KOMP
COUNSEL FOR APPELLANT

Electronically filed:　　St. Louis, Missouri
August 23, 2012