# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:**  Ms. Julie Brain

**CC:**  Mr. Laurence E. Komp
    Mr. Daniel Lewis Lee
    Mr. John Michael Pellettieri
    Mr. David A. Ruhnke

**FROM:**  Danialle M. Walton

**DATE:**  October 01, 2012

**RE:**  11-1380  United States v. Daniel Lee

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

 **X**  REFERENCES TO THE RECORD.
   References must be made to the **<u>Appendix</u>** or the Clerk's Record.  See FRAP 28(e).

Citations transcripts or exhibits (other than physical exhibits, like guns, bullets, drugs) means that such records should be provided to the court. While it may be useful to provide excerpts of transcripts in the appendix and then make citation to the appendix when referencing these particular pages of the transcript, the complete transcript should not be contained in the appendix. Instead, counsel should request that the district court clerk's office send the full transcript to USCA8 (and counsel should monitor for receipt of this record).

\*\*Please be sure to update the date on the certificate of service for the brief prior to re-submitting it for review.

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.