# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of October, 2012, a copy of the Brief and Addendum was served via this Court's CM/ECF electronic case filing system upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

/s/ Julie Brain
JULIE BRAIN
