UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff/Appellee,       )
                                    )      Case No. 11-1380
     v.                             )
                                    )
DANIEL LEWIS LEE,                   )
                                    )
          Defendant/Appellant.      )

**GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME WITHIN WHICH TO FILE ITS RESPONSE BRIEF**

Pursuant to Fed. R. App. P. 26(b), the United States, appellee in the above-captioned case, respectfully requests a 30-day extension of time, until December 10, 2012, to file its response brief in the above-captioned case. In support of this motion, the undersigned states as follows:

1. The government's brief is currently due for filing on November 9, 2012. The government has not previously sought an extension.

2. After a jury trial in the United States District Court for the Eastern District of Arkansas, Lee was convicted on one count of conducting the affairs of an enterprise through a pattern of racketeering activity, in violation of 18 U.S.C. § 1962(c); one count of conspiring to conduct the affairs of an enterprise through a pattern of racketeering activity, in violation of 18 U.S.C. § 1962(d); and three counts of murder in aid of racketeering, in violation of 18 U.S.C. § 1959(a)(1). The jury imposed a sentence of death. This Court affirmed. United

States v. Lee, 374 F.3d 637 (8th Cir. 2004), cert. denied, 545 U.S. 1141 (2005).

3.	Lee filed a motion to set aside or vacate his sentence under 28 U.S.C. § 2255. The district court denied the motion and granted a certificate of appealability on one issue: whether the death penalty is being unconstitutionally applied to Lee because his co-defendant Chevie Kehoe received a sentence of life imprisonment. After Lee filed a motion in this Court to expand the certificate of appealability to encompass 16 additional issues, the Court issued an order granting the motion "as to Lee's claim that he received ineffective assistance of counsel because his trial counsel exercised peremptory challenges based on race and denying the motion as to all other claims." On April 9, 2012, the Court denied Lee's petition for rehearing en banc.

4.	Lee's opening brief was initially due on April 30, 2012. After receiving one 60-day and three 30-day extensions, Lee filed his briefed on October 9, 2012.

5.	The 30-day extension of time is necessary to allow the government to file a brief that adequately addresses the issues raised in this case, which involves a lengthy record.  The undersigned also requests an extension in order to meet his other responsibilities, which includes presenting oral argument on behalf of the government in United States v. Jesse Joe Gutierrez, No. 12-50028 (5th Cir.), on November 5, 2012.

-2-

6. I have contacted defendant's counsel, and he does not oppose this extension request.

Wherefore, the United States respectfully requests that the Court grant this motion for an extension to December 10, 2012, to file the government's response.

Respectfully submitted,


/s John M. Pellettieri
JOHN M. PELLETTIERI
Attorney
Criminal Division, Appellate Section
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Room 1264
Washington, D.C. 20530
TEL: (202) 307-3766
FAX: (202) 305-2121
john.pellettieri@usdoj.gov


Date: November 2, 2012

Appellate Case: 11-1380    Page: 3    Date Filed: 11/02/2012 Entry ID: 3971044

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system on November 2, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    /s John M. Pellettieri
JOHN M. PELLETTIERI
Attorney
Criminal Division, Appellate Section
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Room 1264
Washington, D.C. 20530
TEL: (202) 307-3766
FAX: (202) 305-2121
john.pellettieri@usdoj.gov