**IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

No. 11-1380

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Appeal from the United States |
| | ) | District Court for the |
| Appellee, | ) | Eastern District of Arkansas |
| | ) | No. 4:06-cv-1608 GTE |
| vs. | ) | (Crim. Case No. 4:97-CR-243-(2)) |
| | ) | |
| **DANIEL LEWIS LEE**, | ) | Honorable G. Thomas Eisele, Judge |
| | ) | |
| Appellant, | ) | |

## <u>UNOPPOSED APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF</u>

COMES NOW Petitioner-Appellant, Daniel Lewis Lee, by and through counsel, and moves this Court, for a thirty (30) day extension of time, up to and including February 8, 2013, in which to file his reply brief. In support of this motion, Appellant states the following:

1.     Appellant's Brief is currently due January 9, 2013;

2.     This is Appellant's first request for extension to file a Reply Brief;

3.     The Government has no opposition to an additional extension of thirty (30) days up to and including February 8, 2013;

4.     While Counsel have commenced working on the preparation of a Reply Brief, counsel need additional and necessary time to adequately complete the task.

1

5. Appellant's request for extension of time related to the filing of the reply brief and is not for purposes of delay;

6. Appellant contacted the Government and it has no objection to a thirty (30) day extension of the due date of Appellant's reply brief up to and including February 8, 2013.

WHEREFORE, Appellant respectfully requests that this Court grant him a thirty (30) day extension of time, up to and including February 8, 2013, in which to file his brief.

Respectfully submitted,

/s/ Laurence E. Komp
LAURENCE E. KOMP
P.O. Box 1785
Manchester, MO 63011
(636) 207–7330
(636) 207–7351 (fax)
lekomp@swbell.net

DAVID A. RUHNKE
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com

-and-

KARL SCHWARTZ
Delaware Federal Defender Office
Capital Habeas Unit
800 King Street, Suite 200

Wilmington, DE 19801
(302) 442-6545
karl_schwartz@fd.org

COUNSEL FOR APPELLANT LEE

**CERTIFICATE OF SERVICE**

Appellant's counsel have filed this UNOPPOSED APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLYBRIEF on today's date via ECF, thereby serving the United States and all parties.

/s/ Laurence E. Komp
LAURENCE E. KOMP
COUNSEL FOR APPELLANT

Electronically     St. Louis, Missouri
filed:             January 4, 2013