**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 11-1380

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Appeal from the United States |
| | ) | District Court for the |
| Appellee, | ) | Eastern District of Arkansas |
| | ) | No. 4:06-cv-1608 GTE |
| vs. | ) | (Crim. Case No. 4:97-CR-243-(2)) |
| | ) | |
| **DANIEL LEWIS LEE**, | ) | Honorable G. Thomas Eisele, Judge |
| | ) | |
| Appellant, | ) | |

**UNOPPOSED APPELLANT'S SECOND MOTION FOR EXTENSION**
**OF TIME TO FILE APPELLANT'S REPLY BRIEF**

COMES NOW Petitioner-Appellant, Daniel Lewis Lee, by and through counsel, and moves this Court, for a SEVEN (7) day extension of time, up to and including February 15, 2013, in which to file his reply brief. In support of this motion, Appellant states the following:

1. Appellant's Reply Brief is currently due February 8, 2013;

2. This is Appellant's second request for extension to file a Reply Brief;

3. *The Government has no opposition* to an additional extension of seven (7) days up to and including February 15, 2013;

4. While Counsel have a substantial working draft of the Reply Brief, counsel need additional and necessary time to adequately complete the editing process.

1

5. Appellant's request for extension of time related to the filing of the reply brief and is not for purposes of delay;

6. Appellant contacted the Government and it has no objection to a seven (7) day extension of the due date of Appellant's reply brief up to and including February 15, 2013.

WHEREFORE, Appellant respectfully requests that this Court grant him a seven (7) day extension of time, up to and including February 15, 2013, in which to file his brief.

Respectfully submitted,

/s/ Laurence E. Komp
LAURENCE E. KOMP
P.O. Box 1785
Manchester, MO 63011
(636) 207–7330
(636) 207–7351 (fax)
lekomp@swbell.net

DAVID A. RUHNKE
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com

-and-

KARL SCHWARTZ
Delaware Federal Defender Office
Capital Habeas Unit
800 King Street, Suite 200

2

Wilmington, DE 19801
(302) 442-6545
karl_schwartz@fd.org

COUNSEL FOR APPELLANT LEE

## CERTIFICATE OF SERVICE

Appellant's counsel have filed this UNOPPOSED APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLYBRIEF on today's date via ECF, thereby serving the United States and all parties.

/s/ Laurence E. Komp
LAURENCE E. KOMP
COUNSEL FOR APPELLANT

Electronically   St. Louis, Missouri
filed:           February 4, 2013