# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

## TRAVEL AUTHORIZATION

**Date Issued:**  February 07, 2013

**Authorized Traveler:**  David A. Ruhnke

**Voucher Number:**  11138002

**Authorized Travel Dates/Destination:**  March 13, 2013, St. Louis, MO

**Case No. and Caption:**  11-1380  United States v. Daniel Lee

**Purpose of Travel:**  Oral Argument

Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are hereby authorized to obtain government travel rates for the above described trip in connection with your providing representation under the Criminal Justice Act (CJA).

You are authorized to contact National Travel (NTS), at 1-800-445-0668. Staff is available twenty-four hours a day, seven days a week, although the normal business hours are Monday thru Friday between the hours of 7:00 a.m. and 9:00 p.m. Eastern time, to request reservations and airline tickets. You must provide NTS with your Voucher Number, identify yourself as a CJA Court Appointed Attorney in the United States Court of Appeals for the Eighth Circuit and advise NTS that your tickets are to be charged to this court's account. In order to save the court additional transaction costs, we encourage you to use electronic ticketing. A copy of your itinerary supplied by NTS as well as a copy of this Travel Authorization must be attached to your voucher for audit purposes. Please note that rental cars are not authorized and hotels may not be charged to the court's account.

Please carry this travel authorization and your CJA Form 20/30 appointment voucher with you while you travel.

If for any reason you do not use a ticket you have booked through NTS, please notify both NTS and the clerk's office, so that any refund is properly credited.

If you have any questions, please call Diane Hogenmiller or Robin Weinberger at 314-244-2400.