IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| Daniel Lewis Lee, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | No.: 11-1380 |
| | : | |
| United States of America | : | |
| | : | |
| Appellee, | : | |

## __ENTRY OF APPEARANCE__

**PLEASE** add the appearance of Karl Schwartz, Esquire, Karl_Schwartz@fd.org, and Jennifer Merrigan, Esquire, Jenny_Merrigan@fd.org, as attorney and co-counsel of record on behalf of Appellant, Daniel Lewis Lee, in the above-captioned matter.

/s/ *Karl Schwartz*
KARL SCHWARTZ, ESQUIRE
Chief, Capital Habeas Unit
Office of the Federal Public Defender
Capital Habeas Corpus Unit
800 King Street, Suite 200
Wilmington, DE 19801
302-573-6010
Karl_Schwartz@fd.org

DATED: March 6, 2013

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2013, this Entry of Appearance was submitted via ECF, thereby serving the United States and all parties.

/s/ *Karl Schwartz*
KARL SCHWARTZ, ESQUIRE
Chief, Capital Habeas Unit
Office of the Federal Public Defender
Capital Habeas Corpus Unit
800 King Street, Suite 200
Wilmington, DE 19801
302-573-6010
Karl_Schwartz@fd.org

Electronically          Wilmington, Delaware

Filed:                  March 6, 2013