# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 29, 2013

Mr. Laurence E. Komp
P.O. Box 1785
Manchester, MO  63011

     RE:  11-1380  United States v. Daniel Lee

Dear Counsel:

     The court today issued an opinion in this case. Judgment in accordance with the opinion was also entered today. The opinion will be released to the public at 10:00a.m. today. Please hold the opinion in confidence until that time.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 45 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant, for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 45 day period for filing permitted by FRAP 40 may be denied as untimely.

                    Michael E. Gans
                    Clerk of Court

DMW

Enclosure(s)

cc:    Mr. Daniel Lewis Lee
       Mr. Jim McCormack
       Ms. Jennifer A. Merrigan
       Mr. John Michael Pellettieri
       Mr. David A. Ruhnke
       Mr. Karl Schwartz

     District Court/Agency Case Number(s):  4:06-cv-01608-GTE