# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 11-1380

**UNITED STATES OF AMERICA**, )  Appeal from the United States
  )  District Court for the
Respondent-Appellant,  )    Eastern District of Arkansas
  )  No. 4:06-cv-01608
vs.  )
  )  Honorable G. Thomas Eisele, Judge
**DANIEL LEWIS LEE**,  )
  )
Petitioner-Appellee  )

## Appellant's Unopposed Motion for Extension of Time

COMES NOW Appellant, Daniel Lewis Lee, by and through counsel, and moves this Court, for a forty-five (45) day extension of time, up to and including July 28, 2013, in which to file his *Petition for Rehearing*. In support of this motion, Appellant states the following:

1.    Appellant's Petition is currently due June 13, 2013.

2.    Counsel respectfully request this extension of time due to obligations in other death penalty cases. Counsel Schwartz, who works in a two lawyer unit, must file a state habeas petition (approximately 200 pages, with 6000 page appendix) on or before June 12, 2013 (*State v. Zebroski*, # 9604017809, Delaware Superior Court) and an amended federal habeas corpus petition (approximately 200 pages, with 500 page appendix) also due on or before June 12, 2013. (*Taylor v. Coupe*, No. 1:11-cv-01251, Federal District Court, District of Delaware). Attorney

Appellate Case: 11-1380     Page: 1     Date Filed: 06/06/2013 Entry ID: 4042996

Komp, on Monday of this week (June 3, 2013), filed his merits brief in an appeal in a capital habeas corpus proceeding in the Seventh Circuit (*Corcoran v. Wilson,* No. 13-1318). He is also in the process of complying with a reciprocal discovery order in *Monroe v. Warden,* No. 2:07-cv-258 (S.D. Ohio). This is not an exhaustive list of his current case responsibilities.

3. Counsel spoke directly with Assistant United States Attorney John M. Pellettieri this date, June 6, 2013. Mr. Pellettieri informed counsel that the Government is not opposed to counsel's request for a forty-five (45) day extension of time until July 28, 2013, in which to file a *Petition for Rehearing*.

Appellate Case: 11-1380    Page: 2    Date Filed: 06/06/2013 Entry ID: 4042996

WHEREFORE Appellant requests this Court grant his unopposed motion

for a forty-five (45) day extension of time, until July 28, 2013, in which to file his

*Petition for Rehearing*.

Respectfully submitted,

/s/ David A. Ruhnke_____                    /s/ Karl Schwartz_____
DAVID A. RUHNKE                                   KARL SCHWARTZ
Ruhnke & Barrett                                  Delaware Federal Defender Office
47 Park Street                                    Capital Habeas Unit
Montclair, New Jersey 07042                       800 King Street, Suite 200
(973)744-1000                                     Wilmington, DE 19801
(973)746-1490 (fax)                               (302) 442-6545
davidruhnke@ruhnkeandbarrett.com                  karl_schwartz@fd.org

/s/ Laurence E. Komp_____
LAURENCE E. KOMP, Mo. Bar #84430
P.O. BOX 1785
Manchester, MO 63011
636-207-7330
fax 636-207-7351
lekomp@swbell.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of June, 2013, a copy of this Motion was served via this Court's CM/ECF electronic case filing system upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

                                             /s/ Karl Schwartz
                                             KARL SCHWARTZ

Dated: June 6, 2013