# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 11-1380

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Appeal from the United States |
| | ) | District Court for the |
| Respondent-Appellant, | ) |     Eastern District of Arkansas |
| | ) | No. 4:06-cv-01608 |
| vs. | ) | |
| | ) | Honorable G. Thomas Eisele, Judge |
| **DANIEL LEWIS LEE**, | ) | |
| | ) | |
| Appellant-Appellee | ) | |

## Appellant's Unopposed Motion for Extension of Time

COMES NOW Appellant, Daniel Lewis Lee, by and through counsel, and moves this Court, for a sixty day (60) day extension of time, up to and including September 27, 2013, in which to file his *Petition for Rehearing,* based on the following:

1. This request stems from very recent and ongoing discussions among the respective counsel for Appellant regarding the direction of the litigation in this matter, which creates a potential conflict of interest among one or more of the certain counsel for Appellant. All counsel are confident that this issue can be resolved in the additional time requested (see below).

2. This request is not opposed by the Government. Counsel for Appellant spoke this date to Assistant United States Attorney John M. Pellettieri and informed him of this situation and the request for extension. Mr. Pellettieri

1

Appellate Case: 11-1380    Page: 1    Date Filed: 07/11/2013 Entry ID: 4053442

informed counsel that the Government is *not opposed* to counsel's request for an additional sixty (60) day extension of time until September 27, in which to file a *Petition for Rehearing*.

3. Appellant's Petition is currently due July 29, 2013. It had initially been due June 13, 2013, and this Court granted a forty-five day extension in view of the capital case work-load of all of Appellant's counsel, as well as the effects of sequestration and furloughs.

4. Counsel for Appellant have been in regular communication and have worked, and continue to work, in an amicable and cooperative manner. In very recent discussion about the direction of the litigation in this matter, counsel have recognized that a good faith and potentially meritorious course for the litigation would likely create a conflict of interest for one or more of the attorneys currently representing Appellant.

5. Accordingly counsel all agreed to jointly consult with an independent expert counsel, who has extensive appellate and habeas corpus experience before this Court, and expertise in the area of legal ethics. That process of consultation has begun, is ongoing, and will be concluded well before the due date requested in this Motion.

6. In addition, once all counsel jointly agree on a determination regarding the potential conflict of interest, Appellant, who is incarcerated in Terre

2

Haute, Indiana, will have to be informed of counsels' joint agreement as to the disposition of this issue. All counsel are confident that this can be done well before the due date requested in this Motion.

Wherefore, Appellant respectfully requests that this Court grant his unopposed motion for a sixty (60) day extension of time, until September 27, 2013, in which to file his *Petition for Rehearing*.

Respectfully submitted,

/s/ David A. Ruhnke_____      /s/ Karl Schwartz_____
DAVID A. RUHNKE      KARL SCHWARTZ
Ruhnke & Barrett      Delaware Federal Defender Office
47 Park Street      Capital Habeas Unit
Montclair, New Jersey 07042      800 King Street, Suite 200
(973)744-1000      Wilmington, DE 19801
(973)746-1490 (fax)      (302) 442-6545
davidruhnke@ruhnkeandbarrett.com      karl_schwartz@fd.org

/s/ Laurence E. Komp_____
LAURENCE E. KOMP, Mo. Bar #84430
P.O. BOX 1785
Manchester, MO 63011
636-207-7330
fax 636-207-7351
lekomp@swbell.net

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of July, 2013, a copy of this Motion was served via this Court's CM/ECF electronic case filing system upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

/s/ Karl Schwartz
KARL SCHWARTZ

Dated: July 11, 2013

4