CAPITAL CASE

No. 11-1380

_____

THE UNITED STATES COURT OF APPEALS

FOR THE EIGHTH CIRCUIT

_____

UNITED STATES OF AMERICA,

       Appellee,

  v.

DANIEL LEWIS LEE,

       Appellant.

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, David A. Ruhnke, respectfully moves before this Court for permission to withdraw as counsel to Appellant, Daniel Lewis Lee.   In support of the motion counsel sates the following:

1.     I was initially appointed by the district court to serve as post-conviction counsel to Appellant in 2005.   When the district court denied relief, I continued as appellate counsel before this Court, and have actively participated in the extensive litigation that has taken place before this Court.

2.     A conflict of interest has arisen that requires me to withdraw from the case. That conflict relates to the handling of Appellant's 2255 motion below.   Obviously I cannot be a part of any litigation regarding that issue.

1

Appellate Case: 11-1380    Page: 1    Date Filed: 09/27/2013 Entry ID: 4080131

3.      I have recently discussed the conflict issue with Appellant in a face-to-face meeting at his place of confinement.  During that meeting, he specifically authorized me to state to this Court that he concurs with my decision to withdraw.

4.      Mr Lee's interests will be ably represented going forward by remaining counsel.

WHEREFORE, counsel seeks an order from this Court permitting his withdrawal as counsel.

Respectfully submitted,

*/s/ David A. Ruhnke*
David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com

Filed:  St. Louis, MO
        September 27, 2013

### CERTIFICATE OF SERVICE

I hereby certify that on the above date this document was filed and served via this Court's electronic filing system and that, thereby, all parties have been served.

*/s/ David A. Ruhnke*
DAVID A. RUHNKE

2