**IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

No. 11-1380

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Appeal from the United States |
| | ) | District Court for the |
| Appellee, | ) | Eastern District of Arkansas |
| | ) | No. 4:06-cv-1608 GTE |
| vs. | ) | (Crim. Case No. 4:97-CR-243-(2)) |
| | ) | |
| **DANIEL LEWIS LEE**, | ) | Honorable G. Thomas Eisele, Judge |
| | ) | |
| Appellant, | ) | |

## MOTION FOR LEAVE TO WITHDRAWAL
## OF APPOINTED COUNSEL LAURENCE E. KOMP

COMES NOW, undersigned counsel, and moves this Court for leave to withdraw. In support of this motion, undersigned states as follow:

1. Undersigned was appointed to represent Appellant in his 2255 proceedings before the District Court;

2. Undersigned is appointed to represent Appellant in his 2255 appeal before this Court;

3. Undersigned prepared and filed briefing related to the Certificate of Appealability and Merits, and argued the matter to this Court;

4. Based upon new United States Supreme Court authority, Appellant is pursuing further proceedings at the district court, which requires undersigned to withdrawal due to a conflict;

1

5.    Appellant will not be harmed in any fashion, as the Delaware Federal Defender Office, Capital Habeas Unit will continue to represent Appellant's legal interests.

WHEREFORE, undersigned counsel respectfully requests that this Court grant him leave to withdraw.

Respectfully submitted,

/s/ Laurence E. Komp
LAURENCE E. KOMP
P.O. Box 1785
Manchester, MO 63011
(636) 207–7330
(636) 207–7351 (fax)
lekomp@swbell.net

COUNSEL FOR APPELLANT LEE

## CERTIFICATE OF SERVICE

The foregoing MOTION FOR LEAVE TO WITHDRAWAL OF APPOINTED COUNSEL LAURENCE E. KOMP was filed on today's date via ECF, thereby serving the United States and all parties.

/s/ Laurence E. Komp
LAURENCE E. KOMP
COUNSEL FOR APPELLANT

Electronically    St. Louis, Missouri
filed:            September 27, 2013