

October 1, 2013

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

KARL D. SCHWARTZ
CHIEF, CAPITAL HABEAS UNIT

ATTORNEYS
DINA CHAVAR
TIEFFA N. HARPER
ELENI KOUSOULIS
JENNIFER A. MERRIGAN
DANIEL I. SIEGEL

Michael E. Gans
Clerk of Court
United States Court of Appeals for
 the Eighth Circuit
111 South 10th Street
St. Louis, MO 63102

Re:     *United States v. Daniel Lewis Lee* (No. 11-1380)

Dear Mr. Gans:

Currently pending before the Court are Mr. Lee's Petition for Rehearing and Suggestion for Rehearing *En Banc*, and his Motion to Stay consideration of the Rehearing Petition pending resolution of his Motion filed in the District Court pursuant to Federal Rule of Civil Procedure 62.1.

I am writing to inform the Court that on September 30, 2013, the District Court issued the enclosed briefing schedule, directing the United States to respond to the Rule 62.1 Motion by October 14, 2013 and providing seven days for Mr. Lee to reply.

Respectfully,

Karl Schwartz

Cc:     John Pellettieri
        Assistant United States Attorney
        Department of Justice
        950 Pennsylvania Ave NW, Room 1264
        Washington, DC 20530

Appellate Case: 11-1380     Page: 1     Date Filed: 10/03/2013 Entry ID: 4082630