

October 11, 2013

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

KARL D. SCHWARTZ
CHIEF, CAPITAL HABEAS UNIT

ATTORNEYS
DINA CHAVAR
TIEFFA N. HARPER
ELENI KOUSOULIS
JENNIFER A. MERRIGAN
DANIEL I. SIEGEL

Michael E. Gans
Clerk of Court
United States Court of Appeals for
 the Eighth Circuit
111 South 10th Street
St. Louis, MO 63102

Re:     *United States v. Daniel Lewis Lee* (No. 11-1380)

Dear Mr. Gans:

Currently pending before the Court are Mr. Lee's Petition for Rehearing and Suggestion for Rehearing *En Banc*, and his Motion to Stay consideration of the Rehearing Petition pending resolution of his Motion filed in the District Court pursuant to Federal Rule of Civil Procedure 62.1.

I am writing to inform the Court that on October 9, 2013, the Government requested a 30 day extension to file its Response to the Rule 62.1 Motion, "[b]ecause of the complexity of the case and the substantial issues involved." Mr. Lee did not oppose the request. I have attached the Government's filing, as Exhibit 1.

On October 10, 2013, the District Court (Holmes, J.), granted the Government's request, and ordered that the Response be filed on or before November 15, 2013. I have attached the District Court Order, as Exhibit 2.

Respectfully,

*Karl Schwartz*

Karl Schwartz

Cc:     John Pellettieri
        Assistant United States Attorney
        Department of Justice
        950 Pennsylvania Ave NW, Room 1264
        Washington, DC 20530

Appellate Case: 11-1380    Page: 1    Date Filed: 10/11/2013 Entry ID: 4085056