# DEATH PENALTY

October 15, 2013

**CJA Form Letter Check List**

Case Number/Title: 11-1380  United States v. Daniel Lewis Lee x aplnt.

PANEL: **DEM,  LRS,  RWG**

SUBMISSION DATE: **03/13/13 – arg by Laurence E. Komp**

AUTHOR: **DEM** x

CASE TYPE: **Death Penalty - Federal habeas, us** x

OPINION: **04/29/2013** x aa

MANDATE ISSUED:

JUDGMENT: **04/29/2013**

ATTORNEY NAME: **David A. Ruhnke**  - 10/1/13 counsel's mtn to w/draw GR

CITY & STATE: **Montclair,  NJ.**

| LETTER TYPE: | NORMAPP.LTR | _____ | NTAUNRAP.LTR | _____ |
|---|---|---|---|---|
| | EXAPP.LTR | _____ | NTAUEXAP.LTR | _____ |
| | NOAGNRAP.LTR | _____ | DEATHPEN.LTR | _____ |
| | NOAGEXAP.LTR | _____ | INTERIM.LTR | _____ |
| | | | TRAVEXP.LTR | _____ |

VOUCHER #  <u>11138002</u>

COMPENSATION  _____

EXPENSES  _____

TOTAL  _____

| ATTACHMENTS: | J-STMNT _____ | OOC MEMO _____ |
|---|---|---|
| | EXP. ITEM _____ | RECPTS. _____ |

STAT. LIMIT _____

<u>NOTES:</u>