# DEATH PENALTY

October 16, 2013

## CJA Form Letter Check List

Case Number/Title:  11-1380  United States v. Daniel Lee

PANEL:  **DEM,  LRS,  RWG**

SUBMISSION DATE:  **October 01, 2013**

AUTHOR:  **DEM**

CASE TYPE:  **Death Penalty - Federal habeas, us**

OPINION:  **04/29/2013**

MANDATE ISSUED:

JUDGMENT:  **04/29/2013**

ATTORNEY NAME:  **Laurence E. Komp**

CITY & STATE:  **Manchester,  MO.**

| LETTER TYPE: | NORMAPP.LTR | _____ | NTAUNRAP.LTR | _____ |
| | EXAPP.LTR | _____ | NTAUEXAP.LTR | _____ |
| | NOAGNRAP.LTR | _____ | DEATHPEN.LTR | _____ |
| | NOAGEXAP.LTR | _____ | INTERIM.LTR | _____ |
| | | | TRAVEXP.LTR | _____ |

VOUCHER #  <u>11138001</u>

COMPENSATION  _____

EXPENSES  _____

TOTAL  _____

ATTACHMENTS:  J-STMNT _____   OOC MEMO _____

EXP. ITEM _____   RECPTS. _____

STAT. LIMIT _____

NOTES: