# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 11-1380

**UNITED STATES OF AMERICA**,   )
             )    (Capital Case)
    Plaintiff/Appellee,    )
             )
      vs.       )
             )
**DANIEL LEWIS LEE**,     )
             )
    Defendant/Appellant    )

## Appellant's Unopposed Motion for Seven Day Extension to File a Reply

COMES NOW Appellant, Daniel Lewis Lee, by and through counsel, and moves this Court for a seven day extension of time, up to and including November 4, 2013, to file his Reply Brief to the Government's Response to Mr. Lee's Motion for Stay of Appellate Proceedings, based on the following:

1. On September 27, 2013, Appellant filed his Motion for Stay of Appellate Proceedings.

2. On October 9, 2013, the Court ordered the Government to respond to the Motion by October 21, 2013.

3. On October 21, 2013, the Government filed its Response. A Reply would be due on or before October 28, 2013. FRAP 27(a)(4).

4. The undersigned has a long-standing family obligation during the period from October 24, 2013 through October 28, 2013, and for this reason

1

Appellate Case: 11-1380   Page: 1   Date Filed: 10/22/2013 Entry ID: 4087970

respectfully requests that the Court grant him an additional seven days to file a Reply. The undersigned spoke personally with Assistant United States Attorney John M. Pellettieri, Esq., on October 21, 2013. Mr. Pellettieri stated that he has no objection to this request.

WHEREFORE, Appellant respectfully requests that the Court grant him an additional seven days to file his Reply.

Respectfully Submitted:

/s/ Karl Schwartz_____
KARL SCHWARTZ
(PA Bar # 38994)
Delaware Federal Defender Office
Capital Habeas Unit
800 King Street, Suite 200
Wilmington, DE 19801
(302) 442-6545
karl_schwartz@fd.org

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2013, a copy of this Motion was served via this Court's CM/ECF electronic case filing system upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

/s/ Karl Schwartz
KARL SCHWARTZ

Dated: October 22, 2013

3