CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE 08C | 2. PERSON REPRESENTED LEE, DANIEL LEWIS | | VOUCHER NUMBER 11138002 |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER X:11-001380-001 | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) US v. DANIEL LEE | 8. TYPE PERSON REPRESENTED Appellant | 9. REPRESENTATION TYPE Capital Habeas Corpus | |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

**FILED**

| 11. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS | 12. COURT ORDER |
|---|---|
| RUHNKE, DAVID A. 47 PARK STREET MONTCLAIR NJ 07042 | ☒ O Appointing Counsel    ☐ C Co-Counsel ☐ F Subs For Federal Defender    ☐ R Subs For Retained Attorney ☐ P Subs For Panel Attorney    ☐ Y Standby Counsel Prior Attorney's Name: _____ Appointment Date: _____ |

**NOV - 5 2013**

**MICHAEL E. GANS
CLERK OF COURT**

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications required by law, is appointed to represent this person in this case.

Telephone Number: (973) 744-1000

(B) The attorney named in Item 11 is appointed to serve as: ☐LEAD COUNSEL ☐CO-COUNSEL

Name of Co-Counsel or Lead Counsel: _____
Appointment Date: _____

13. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead counsel or co-counsel).

☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time for such a period ~~~~~~ expenses are approved pursuant to ~~~~~~

Signature of Presiding Judicial Officer or By Order of the Court  2|17|11
02/17/2011
Date of Order          Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐YES ☐ NO

14. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☐ Pre-Trial
b. ☐ Trial
c. ☒ Sentencing
d. ☐ Other Post Trial

e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court
   ☐ Writ of Certiorari

HABEAS CORPUS
g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal

k. ☐ Petition for the U.S. Supreme Court
   ☐ Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (Rate per Hour = $        ) | 0.00 | 0.00 | | IN COURT TOTAL (Category a) | IN COURT TOTAL (Category a) |
| b. Interviews and Conferences with Client | 5.30 | | | | |
| c. Witness Interviews | 0.00 | | | | |
| d. Consultations with Investigators and Experts | 0.00 | | | | |
| e. Obtaining and Reviewing the Court Record | 0.00 | | | | |
| f. Obtaining and Reviewing Documents and Evidence | 7.80 | | | OUT OF COURT TOTAL (Categories b - j) | OUT OF COURT TOTAL (Categories b - j) |
| g. Consulting with Expert Counsel  157.5 @ 178 = 28,035.00 | 0.00 | | | | |
| h. Legal Research and Writing  31.0 @ 163 = 5,053.00 | 93.40 | | | | |
| i. Travel  188.5  33,088.00 | 12.00 | | | 33,088.00 | |
| j. Other (Specify on additional sheets) | 70.00 | | | | |
| Totals: Categories b thru j (Rate per hour = $ 178) - 163 | 188.50 | 33086.50 | 188.5 | | |
| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | | 883.86 | | 883.86 | |
| 17. Other Expenses (other than expert, transcripts, etc.) | | 500.90 | | 500.90 | |
| | | 34471.26 | | 34,472.76 | |

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM 2/17/2011 TO 10/10/2013 | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION AA |
|---|---|---|

21. CLAIM STATUS ☒ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐YES ☒ NO  If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? ☐ YES ☒ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____   Date: 10·10·2013

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. $ 33,088 | 24. TRAVEL EXPENSES $ 883.86 | 25. OTHER EXPENSES $ 500.90 | 26. TOTAL AMT. APPROVED 34,472.76 |
|---|---|---|---|---|
| 27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE 10/31/13 | 27a. JUDGE CODE -817 | |