# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1380

United States of America

Appellee

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known
as D L Graham

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cv-01608-GTE)

_____

## ORDER

A petition for rehearing has been filed by the appellant in the above case. The court

requests a response to the petition for rehearing en banc.

The response is limited to fifteen pages and should be filed electronically by December

16, 2013.

December 05, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans