**Case No. 11-1380**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

## UNITED STATES OF AMERICA,
*Appellee,*

*v.*

## DANIEL LEWIS LEE,
*Defendant-Appellant.*

---

Appeal from the United States District Court for the Eastern District of Arkansas,
Honorable G. Thomas Eisele
District Court No. 4:97-cr-243-GTE

---

## APPELLANT'S MOTION FOR PERMISSION TO FILE A REPLY TO THE GOVERNMENT'S RESPONSE TO APPELLANT'S PETITION FOR REHEARING *EN BANC*[1]

---

EDSON BOSTIC
DELAWARE FEDERAL DEFENDER

KARL SCHWARTZ
JENNY MERRIGAN
Delaware Federal Defender Office
800 King Street, Suite 200
Wilmington, DE 19801
Karl_Schwartz@fd.org
(302) 442-6545
Karl_Schwartz@FD.org
*Attorneys for Appellant*

---

[1] The Reply which Appellant will submit, if permission is granted, is attached to this Motion as Exhibit 1.

Appellate Case: 11-1380     Page: 1     Date Filed: 12/22/2013 Entry ID: 4108107

# MOTION FOR PERMISSION TO FILE A REPLY TO THE GOVERNMENT'S RESPONSE TO APPELLANT'S PETITION FOR REHEARING *EN BANC*

Undersigned counsel, respectfully requests leave to file a Reply, of no more than ten pages, to the Government's Response to Appellant's Petition for Rehearing and Suggestion for Rehearing *En Banc,* based on the following:

On September 27, 2013, Appellant filed his Petition for Rehearing, Entry ID 4080431, following this Court's affirmance of the district court's denial of post-conviction relief. In an Order dated December 5, 2013, Entry ID 4102629, this Court requested that the Government file a response by December 16, 2013. The Government filed its Response, Entry ID 4106179, on December 16, 2013.

In its Response the government attempts to explain the differences between the panel's opinion in this case and the conflicting authority both in this and other Circuits. The government suggests that this differing treatment is appropriate because the cases involve different kinds of structural error.  Response at 9-10. Whether different kinds of structural error can or should be treated differently has never been addressed by this Court, and is thus an issue of first impression. The government also raises a new argument that Appellant has waived his right to a hearing. Response at 10-11. Appellant has not had a chance to address these issues, and believes that a Reply would be helpful to this Court in determining whether to grant rehearing *en banc.*

1

## Conclusion

Wherefore, Appellant respectfully requests that this Court permit him to file a reply of no more than ten pages to the government's Response to his Petition for Rehearing En Banc.

Respectfully Submitted:

EDSON BOSTIC
FEDERAL PUBLIC DEFENDER

By:    /s/*Karl Schwartz*_____
KARL SCHWARTZ
(PA Bar # 38994)
JENNY MERRIGAN
(Mo. Bar # 56733)
Delaware Federal Defender Office
800 King Street, Suite 200
Wilmington, DE 19801
(302) 442-6550
karl_schwartz@fd.org

Dated: December 22, 2013

*Attorneys for Appellant*

2

## CERTIFICATE OF SERVICE

Appellant's counsel have filed this Motion for Permission to File a Reply, and attached proffered Reply, on today's date, December 22, 2013 via ECF, thereby serving the United States and all parties.

/s/ Karl Schwarz
KARL SCHWARTZ

3