# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

May 13, 2014

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

    Re:   Daniel Lewis Lee, aka Danny Lee, aka D. L. Graham, aka Daniel
           Lewis Graham
           v. United States
           No. 13-10085
           (Your No. 11-1380)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 8, 2014 and placed on the docket May 13, 2014 as No. 13-10085.

Sincerely,

**Scott S. Harris**, Clerk

by

Andrew Downs
Case Analyst