# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

May 20, 2014

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

    RE:  11-1380  United States v. Daniel Lee

Dear Clerk:

    Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

    Michael E. Gans
    Clerk of Court

SRD

Enclosure(s)

    District Court/Agency Case Number(s):  4:06-cv-01608-GTE