# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 6, 2014

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

    Re:   Daniel Lewis Lee, aka Danny Lee, aka D. L. Graham, aka Daniel
          Lewis Graham
          v. United States
          No. 13-10085
          (Your No. 11-1380)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk